UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| GRANITE RE, INC., | ) | CIV. 11-5061-JLV |
| | ) | |
| Third Party Plaintiff, | ) | |
| | ) | JUDGMENT OF DISMISSAL |
| vs. | ) | |
| | ) | |
| RED WILK CONSTRUCTION, | ) | |
| PESKA CONSTRUCTION, INC., | ) | |
| CINDY WILK, | ) | |
| EUGENE PESKA, and | ) | |
| WALTER L. WILK, | ) | |
| | ) | |
| Third Party Defendants. | ) | |

Pursuant to the parties' stipulated motion to dismiss (Docket 57) and upon notice from counsel, it is hereby

ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice and with each party to bear its/their respective fees and costs as agreed upon by the parties.

Dated June 5, 2013.

BY THE COURT:

/s/ *Jeffrey L. Viken*
JEFFREY L. VIKEN
CHIEF JUDGE